# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRAM EIDIPOUR<br><br>Plaintiff,<br><br>v.<br><br>ROBERT M. COWEN, DIRECTOR OF THE NATIONAL BENEFITS CENTER, U.S. CITIZENSHIP AND IMMIGRATION SERVICES<br><br>Defendant. | Case No. 8:19-cv-01048-MWF-E<br><br>[PROPOSED] ORDER OF DISMISSAL |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: March 23, 2020

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE